**George MUSEY and Edgar Cantrell, Appellants, v. UNITED STATES of America, Appellee.**

No. 5800.

Circuit Court of Appeals, Fifth Circuit.

Clarence Kendall, Wayne C. Depew, and William H. Scott, all of Houston, Tex., and Joseph A. M'Caleb, of New Orleans, La., for appellants.

H. M. Holden, U. S. Atty., of Houston.

Before FOSTER and WALKER, Circuit Judges, and BORAH, District Judge.

PER CURIAM.

The judgment is affirmed.

**John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, California, Appellant, v. GEE SHEW QUING, Appellee.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1931.

Before RUDKIN, WILBUR, and SAW-TELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of counsel for appellant, and stipulation of the parties, ordered appeal dismissed; mandate forthwith.

**John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, California, Appellant, v. LUM YIN KIN, Appellee.**

No. 6380.

Circuit Court of Appeals, Ninth Circuit.

Feb. 17, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**NEWTOWN CREEK TOWING COMPANY, as Owner of THE Steam Tug RUSSELL NO. 18, Appellant, v. The CITY OF NEW YORK, Appellee.**

No. 135.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Alexander, Ash & Jones and Edward Ash, all of New York City, for appellant.

Arthur J. W. Hilly, Corp. Counsel, William J. Leonard, and Matthew J. Troy, all of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree [42 F.(2d) 298] affirmed.